IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Dwaine Menzie, ) | |
| ) | Civil Action No. 2:12-3102-RMG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Vista Sands Acquisition Company LLC, ) | |
| and Riverstone Residential SE LLC d/b/a ) | |
| Vista Sands Apartments, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge recommending that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure due to Plaintiff's failure to complete service of process on Defendants within 120 days of filing the complaint. (Dkt. No. 5). The Magistrate Judge advised Plaintiff in the R&R to provide the Court with proof of service on the Defendants, or present good cause for failure to serve the Defendants, within 10 days of the filing of the R&R. Plaintiff has filed no response.

Therefore, the Court ADOPTS the R&R of the Magistrate Judge as the order of the Court and DISMISSES this action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

March 12, 2013
Charleston, South Carolina

1